## 29701. WARREN v. THE STATE.

MacIntyre, J. The defendant was convicted of possessing non-tax-paid liquor. To the overruling of his motion for new trial he excepted on the general grounds only. The evidence was sufficient to support the verdict, and the judge did not err in overruling the motion for new

trial. *Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*
DECIDED OCTOBER 1, 1942.

*R. Terry,* for plaintiff in error.
*J. R. Thompson Jr.,* solicitor, contra.